PEOPLE v WOOD. Appeal from Oakland, William P. Hampton, J.
Submitted Division 2 February 29, 1972, at Lansing. (Docket No.
12506.) Decided May 5, 1972. Leave to appeal granted, 388 Mich 798.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor
General, *Thomas G. Plunkett,* Prosecuting Attorney, and *William G.
Wolfram,* Assistant Prosecuting Attorney, for the people.

*Larry A. Girard,* for defendant on appeal.

Before: McGREGOR, P. J., and J. H. GILLIS and O'HARA, JJ.

MEMORANDUM OPINION. The present case arises out of an attempt
by the defendant to cash a forged check. Defendant was arrested and
charged with uttering and publishing. MCLA 750.249; MSA 28.446.
The information was subsequently amended and defendant pled
guilty to the added count of attempted publishing. MCLA 750.92;
MSA 28.287. Defendant thereafter filed a motion to withdraw his plea
of guilty. The motion was granted.

Defendant was again charged with uttering and publishing, and at
the trial which followed was found guilty. Defendant now appeals of
right claiming that he was twice put in jeopardy of the crime of
uttering and publishing in violation of the constitutional prohibition
of double jeopardy.

Defendant's contention is fully answered by *People v McMiller,* 38
Mich App 99 (1972).

We affirm.